1022

THE STATE OF WASHINGTON, *Respondent*, v. ABDUL KAHLIF CALHOUN, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. ZACHARY L. FRAZIER, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 05-1-03396-9, Frank E. Cuthbertson, J., entered June 2, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Penoyar, J., concurred in by Houghton, C.J., and Bridgewater, J.

*In the Matter of the Marriage of* MARCEIL J. MULLAN, *Appellant*, and FREDERICK P. MULLAN, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-3-00085-7, Kathryn J. Nelson, J., entered August 4, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Penoyar, J., concurred in by Houghton, C.J.; Bridgewater, J., dissenting.

STEVE COTTRELL, *Appellant*, v. BAHRAM SHAHRVINI ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-08504-1, Sandra B. Bobrick, J. Pro Tem., entered August 17, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Quinn-Brintnall, JJ.